DLC

RECEIVED

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

JUN 07 2018
6-7-18

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MICHAEL HUMPHREY,                    )
                                     )
          Plaintiff,                 )
                                     )
                                     )
                                     )
          v.                         )
                                     )          **1:18-cv-03974**
AmeriCoats;                          )          **Judge Edmond E. Chang**
                                     )          **Magistrate Judge Young B. Kim**
     and                             )
                                     )
Coatings International, Inc.         )
                                     )
          Defendants.                )

**COMPLAINT**

Plaintiff, Michael Humphrey complains against Defendants AmeriCoats, and Coatings International, Inc. follows:

**NATURE OF ACTION**

This is an action for employment discrimination brought pursuant to Civil Rights Act of 1964 § 7, 42 U.S.C. § 2000e et seq (1964) and 29 CFR Section 1602.14.

Plaintiff sought employment by defendants.

Plaintiff was denied employment by defendants.

Defendants discriminated against the plaintiff on or about, or beginning on or about, the year 2015.

Defendants are not a federal governmental agency, and the plaintiff has filed charges against the defendants asserting the acts of discrimination indicated in this complaint with the United States Equal Employment Opportunity Commission in the year 2015. It is the policy of the Equal Employment Opportunity Commission to cross-file with the Illinois Department of Human Rights to cross file with the other agency all charges received. Plaintiff has no reason to believe that this policy was not followed in this case

*Right to Sue,* which was mailed March 7, 2018. A copy of which Notice is attached to this complaint.

Defendants discriminated against plaintiff because of plaintiff's race, Black, in that he applied for employment with Defendants and was not hired, in violation of Title VII.

Defendants are not a state, county, municipal (city, town or village) or other local governmental agency.

Jurisdiction over the ststatutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C. § 1331, 28 U.S.C. § 1343(A)(3), and 42 U.S.C. § 2000E-5(f)(3); for 42 U.S.C. § 1981 and § 1983 BY 42 U.S.C. § 1988; for the ADA by 42 U.S.C. § 12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626©).

Defendants failed to hire plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Michael Humphrey, respectfully requests that the Court enter judgment in his favor and against Defendants AmeriCoats, and Coatings International, Inc. Ordering such other and further relief as the Court deems just and proper.

**JURY DEMAND**

**Michael Humphrey**

By:

**Michael Humphrey**
**8100 S. Champlain**
**Chicago, IL 60619**
**(773) 269-7166**
**Email: mykeh8100@aol.com**

CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 WEST MADISON STREET, SUITE 2000
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
*(CONCILIATION FAILURE)*

To:   Michael Humphrey
      8100 South Champlain
      Chicago, IL 60619

From:   Chicago District Office
        500 West Madison St
        Suite 2000
        Chicago, IL 60661

[ ]   On behalf of person(s) aggrieved whose identity is
      CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2014-04370 | Jacquelyn Harrison, Investigator | (312) 869-8140 |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

*Equal Pay Act (EPA):* EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Julianne Bowman,
District Director

3/7/18
*(Date Mailed)*

Enclosures(s)

AMERICOATS

18225 Burnham Avenue
Lansing, IL 60438

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 869-8000
TTY (312) 869-8001
FAX (312) 869-8220

EEOC Charge Number:     440-2014-04370

Michael Humphrey                                                    Charging Party
8100 S. Champlain
Chicago, IL 60619

         v.

Americoats                                                              Respondent
3429 N. Runge Street
Franklin Park, IL 60131

Coatings International, Inc.                                        Respondent
150 S. Wacker Drive
Suite 1500
Chicago, IL 60606

## DETERMINATION

Under the authority vested in me by the Commission's Procedural Regulations, I issue the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended (Title VII).

The Respondents (hereinafter referred to collectively as Respondent) are employers within the meaning of Title VII and all requirements for coverage have been met.

The Charging Party alleges he was discriminated against because of his race, Black, in that he applied for employment with Respondent and was not hired, in violation of Title VII.

I have determined that the evidence obtained in the investigation establishes reasonable cause to believe that Respondent discriminated against Charging Party, and a class of individuals, by failing to hire them because of their race, Black, and/or their national origin, non-Hispanic, in violation of Title VII.

Like and related to the allegations, I have determined that Respondent's hiring policies and/or practices have a disparate impact on Black and/or non-Hispanic individuals because of their race and their national origin, in violation of Title VII.

cause to believe that Respondent has failed to maintain employment applications in accordance with the Commission's Procedural Regulations (29 CFR Section 1602.14), in violation of Title VII.

Page 2
Determination
EEOC Charge Number: 440-2014-04370

The determination is final. When the Commission finds that violations have occurred, it attempts to eliminate unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Disclosure of information obtained by the Commission during the conciliation process will be made only in accordance with the Commission's Procedural Regulations (29 CFR Part 1601.26)

If the Respondent wishes to accept this invitation to participate in conciliation efforts, it may do so at this time by proposing terms for a conciliation agreement; that proposal should be provided to the Commission representative within 14 days of the date of this determination. The remedies for violations of the statutes we enforce are designed to make the identified victims whole and to provide corrective and preventive relief. These remedies may include, as appropriate, an agreement by the Respondent to not engage in unlawful employment practices, placement of identified victims in positions they would have held but for discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation and the resolution of the claim.

Should the Respondent have further questions regarding the conciliation process or the conciliation terms it would like to propose, we encourage it to contact the assigned Commission representative. Should there be no response from the Respondent in 14 days, we may conclude that further conciliation efforts would be futile or nonproductive.

On Behalf of the Commission,

9/18/15

Date

Julianne Bowman
District Director
Chicago District Office